IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Steven J. Noland, Sr.
Linda J. Noland
    Debtor(s)

Bankruptcy No. 19-70033-JAD

Chapter 13

Steven J. Noland, Sr.
Linda J. Noland
    Movant(s)

Related to Doc. No. 11

vs.

Ronda J. Winnecour, Trustee
    Respondent(s)

## ORDER

AND NOW, this **8th** day of **February**, 2019, upon consideration of the Debtors' **MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 13 PETITION AND PLAN**, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors are hereby granted an extension until **February 19, 2019**, to file a completed Chapter 13 petition and plan in this case.

BY THE COURT:

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Linda J. and Steven J. Noland, Sr.
    Mark G. Moynihan, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
2/8/19 6:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70033-JAD
Steven J. Noland, Sr.                                                 Chapter 13
Linda J. Noland
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: aala              Page 1 of 1            Date Rcvd: Feb 08, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
db/jdb         +Steven J. Noland, Sr.,    Linda J. Noland,    600 Portage Road,    Cresson, PA 16630-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Mark G. Moynihan    on behalf of Joint Debtor Linda J. Noland mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Mark G. Moynihan    on behalf of Debtor Steven J. Noland, Sr. mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5