IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                            Bankruptcy No.  19-70033-JAD
Steven J. Noland, Sr.
Linda J. Noland                                   Chapter 13
     Debtor(s)
                                                  Document No.

Steven J. Noland, Sr.
     Movant(s)

     vs.

Ronda J. Winnecour, Trustee
     Respondent(s)


**AFFIDAVIT OF NO PAYMENT ADVICES**

I, Steven J. Noland, Sr., hereby certify that within sixty (60) days before the date of filing the

above-caption bankruptcy petition, I did not receive payment advices (e.g. "paystubs") as contemplated

by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment.  I further certify that I received no

payment advices during that period because I have been unemployed throughout the sixty (60) days

immediately preceding the date of the above-captioned petition.

I certify under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.


Dated:  February 21, 2019                         /s/ Steven J. Noland, Sr.
                                                  Steven J. Noland, Sr.
                                                  Debtor