IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Steven J. Noland, Sr.<br>Linda J. Noland<br>    Debtor(s)<br><br>Linda J. Noland<br>    Movant(s)<br><br>    vs.<br><br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 19-70033-JAD<br><br>Chapter 13<br><br>Document No. |

**AFFIDAVIT OF NO PAYMENT ADVICES**

I, Linda J. Noland, Sr., hereby certify that within sixty (60) days before the date of filing the above-caption bankruptcy petition, I did receive payment advices (e.g. "paystubs") as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from employment. I have been unable to locate all paystubs in time to complete the rest of my bankruptcy case and will supplement with that information once it's available.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 21, 2019　　　　　　　　　　　　　/s/ Linda J. Noland
　　　　　　　　　　　　　　　　　　　　　　　　Linda J. Noland
　　　　　　　　　　　　　　　　　　　　　　　　Debtor