0665

**EMPLOYER**  
The Little Red School House, Inc.  
400 POWELL AVE  
CRESSON PA 16630  

**PAY PERIOD**  
Period Beginning: 11/01/2018  
Period Ending: 11/30/2018  
Pay Date: 12/21/2018  
Total Hours: 169.25  

**EMPLOYEE**  
Linda Noland  
600 Portage Street  
Cresson PA 16630  

| BENEFITS | Used | Available | NET PAY: | $1,160.33 |
|---|---|---|---|---|
| Vacation | 0.00 | 0.00 | | |

**MEMO:**

0665

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 158.50 | 8.50 | 1,347.25 | 16,494.28 |
| Overtime Pay | 3.75 | 12.75 | 47.81 | 1,013.63 |
| Vacation Pay | - | 8.50 | 0.00 | 340.00 |
| Holiday Pay | 7.00 | 8.50 | 59.50 | 306.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Local Service Tax | 4.33 | 51.96 |
| Allstate Benefits | 38.40 | 354.21 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 80.17 | 1,070.61 |
| Social Security | 90.18 | 1,125.54 |
| Medicare | 21.09 | 263.23 |
| PA Income Tax | 44.65 | 557.31 |
| PA SUI Employee | 0.87 | 10.87 |
| Cresson | 7.27 | 90.77 |
| Penn Cambria SD PSD 110903 | 7.27 | 90.77 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,454.56 | $18,153.91 |
| Taxes | $251.50 | $3,209.10 |
| Deductions | $42.73 | $406.17 |
| **Net Pay** | **$1,160.33** | |

PAYMENT RECORD



0676

**EMPLOYER**
The Little Red School House, Inc.
400 POWELL AVE
CRESSON PA 16630

**PAY PERIOD**
Period Beginning     12/01/2018
Period Ending:       12/31/2018
Pay Date:            01/18/2019
Total Hours:             159.00

**EMPLOYEE**
Linda Noland
600 Portage Street
Cresson PA 16630

| BENEFITS | Used | Available | NET PAY: | $1,112.66 |
|---|---|---|---|---|
| Vacation | 0.00 | 40.00 | | |

**MEMO:**

0676

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 141.50 | 8.50 | 1,202.75 | 1,202.75 |
| Overtime Pay | 9.50 | 12.75 | 121.13 | 121.13 |
| Holiday Pay | 8.00 | 8.50 | 68.00 | 68.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Local Service Tax | 4.33 | 4.33 |
| Allstate Benefits | 38.40 | 38.40 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 72.52 | 72.52 |
| Social Security | 86.30 | 86.30 |
| Medicare | 20.18 | 20.18 |
| PA Income Tax | 42.73 | 42.73 |
| PA SUI Employee | 0.84 | 0.84 |
| Cresson | 6.96 | 6.96 |
| Penn Cambria SD PSD 110903 | 6.96 | 6.96 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,391.88 | $1,391.88 |
| Taxes | $236.49 | $236.49 |
| Deductions | $42.73 | $42.73 |
| **Net Pay** | **$1,112.66** | |

PAYMENT RECORD

Rev 3/11