| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven J. Noland Sr.**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–8417**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Linda J. Noland**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2745**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**  **1/24/19** |
| Case number: | **19–70033–JAD** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Steven J. Noland Sr. | Linda J. Noland |
| 2. | **All other names used in the last 8 years** | aka Steven James Noland Sr., aka Steven Noland Sr. | aka Linda Jean Noland |
| 3. | **Address** | 600 Portage Road<br>Cresson, PA 16630 | 600 Portage Road<br>Cresson, PA 16630 |
| 4. | **Debtor's attorney**<br>Name and address | Mark G. Moynihan<br>Moynihan Law, P.C.<br>112 Washington Pl Ste 230<br>Pittsburgh, PA 15219 | Contact phone 412–889–8535<br><br>Email: mark@moynihanlaw.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/25/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 26, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/25/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/4/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/23/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/26/19** at **10:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70033-JAD
Steven J. Noland, Sr.                                                   Chapter 13
Linda J. Noland
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 2              Date Rcvd: Feb 25, 2019
                              Form ID: 309I           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db/jdb         +Steven J. Noland, Sr.,    Linda J. Noland,   600 Portage Road,   Cresson, PA 16630-1502
aty            +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
14983592       ++1ST SUMMIT BANK,    PO BOX 5480,   JOHNSTOWN PA 15904-5480
                 (address filed with court: 1st Summit Bank,    P.O. Box 5480,   125 Donald Lane,
                 Johnstown, PA 15904)
14983594       +Cambria County Property Tax,    200 South Center Street,   Ebensburg, PA 15931-1941
14983602       +First National Bank,    Attn: Bankruptcy,   4140 E. State Street,   Hermitage, PA 16148-3401
14997881        Geisinger,    100 North Academy Ave,   Danville, PA 17822-3941
14983603       +Hud Title I,   Hud Title I - Bankruptcy Notice,    451 7th Street Sw,
                 Washington, DC 20410-0002
14997883       +UPMC Altoona,    Receivables Outsourcing, LLC,   PO Box 549,   Timonium MD 21094-0549
14997882       +iCare Medical, LLC,    167 Zeman Dr,   Ebensburg PA 15931-4103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mark@moynihanlaw.net Feb 26 2019 03:00:27    Mark G. Moynihan,
                 Moynihan Law, P.C.,   112 Washington Pl Ste 230,   Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2019 03:00:57    Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 26 2019 03:01:09
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14983593       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 26 2019 03:01:30
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14983596       +EDI: CAPITALONE.COM Feb 26 2019 07:43:00    Capital One,
                 Capital One Retail Srvs/Attn: Bankruptcy,   Po Box 30258,   Salt Lake City, UT 84130-0258
14983595       +EDI: CAPITALONE.COM Feb 26 2019 07:43:00    Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
14998471        EDI: CAPITALONE.COM Feb 26 2019 07:43:00    Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
14983597        EDI: CHASE.COM Feb 26 2019 07:43:00    Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
14983598       +EDI: WFNNB.COM Feb 26 2019 07:43:00    Comenity Bank/Blair,   Attn: Bankruptcy Dept,
                 PO Box 182125,   Columbus, OH 43218-2125
14983599       +EDI: WFNNB.COM Feb 26 2019 07:43:00    Comenity Bank/fllbeauty,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
14986776        EDI: DISCOVER.COM Feb 26 2019 07:43:00    Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14983600       +EDI: DISCOVER.COM Feb 26 2019 07:43:00    Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
14983601       +EDI: BLUESTEM Feb 26 2019 07:43:00    Fingerhut,   Attn: Bankruptcy,   PO Box 1250,
                 Saint Cloud, MN 56395-1250
14983604        EDI: IRS.COM Feb 26 2019 07:43:00    Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14997468        EDI: JEFFERSONCAP.COM Feb 26 2019 07:43:00    Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
14983605        EDI: JEFFERSONCAP.COM Feb 26 2019 07:43:00    Jefferson Capital Systems, LLC,   PO Box 1999,
                 Saint Cloud, MN 56302
14983606       +EDI: CBSKOHLS.COM Feb 26 2019 07:43:00    Kohls/Capital One,   Kohls Credit,   PO Box 3120,
                 Milwaukee, WI 53201-3120
14983606       +E-mail/Text: bncnotices@becket-lee.com Feb 26 2019 03:00:41    Kohls/Capital One,
                 Kohls Credit,   PO Box 3120,   Milwaukee, WI 53201-3120
14983607       +EDI: MID8.COM Feb 26 2019 07:43:00    Midland Funding, LLC,   2365 Northside Drive,
                 Suite 300,   San Diego, CA 92108-2709
14996815        EDI: AGFINANCE.COM Feb 26 2019 07:43:00    ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14983608       +EDI: AGFINANCE.COM Feb 26 2019 07:43:00    OneMain Financial,   Attn: Bankruptcy,
                 601 Nw 2nd Street,   Evansville, IN 47708-1013
14983612        EDI: PRA.COM Feb 26 2019 07:43:00    Portfolio Recovery Associates, LLC,   120 Corporate Blvd,
                 Norfolk, VA 23502
14983958       +EDI: PRA.COM Feb 26 2019 07:43:00    PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14983610       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2019 03:00:57
                 Pennsylvania Department of Revenue,   Bankruptcy/Collection Unit,
                 10th Floor Strawberry Square,   4th & Walnut Streets,   Harrisburg, PA 17128-0001
14983609        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2019 03:00:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
                 Harrisburg, PA 17128-0946
14996085        EDI: RESURGENT.COM Feb 26 2019 07:43:00    Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587

```
District/off: 0315-7          User: aala                  Page 2 of 2                  Date Rcvd: Feb 25, 2019
                              Form ID: 309I               Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14983611      +EDI: PRA.COM Feb 26 2019 07:43:00      Portfolio Recovery Associates, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14983613      +EDI: RMSC.COM Feb 26 2019 07:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
               Po Box 965060,   Orlando, FL 32896-5060
14997884      +E-mail/Text: BankruptcyNotice@upmc.edu Feb 26 2019 03:01:35      UPMC,   2 Hot Metal Street,
               Dist. Room 386,   Pittsburgh PA 15203-2348
14983614      +EDI: USAA.COM Feb 26 2019 07:43:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
               10750 Mcdermott Freeway,   San Antonio, TX 78288-1600
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14989959*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA   17128-0946
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Joint Debtor Linda J. Noland mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Debtor Steven J. Noland, Sr. mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```