Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. **19−70033−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Steven J. Noland Sr.
aka Steven James Noland Sr., aka Steven Noland Sr.
600 Portage Road
Cresson, PA 16630

Linda J. Noland
aka Linda Jean Noland
600 Portage Road
Cresson, PA 16630

Social Security No.:
xxx−xx−8417
xxx−xx−2745

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Mark G. Moynihan
Moynihan Law, P.C.
112 Washington Pl Ste 230
Pittsburgh, PA 15219
Telephone number: 412−889−8535

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 21, 2019
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

CONFIRMATION HEARING DATE/TIME/LOC
June 21, 2019
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/25/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-70033-JAD
Steven J. Noland, Sr.                                               Chapter 13
Linda J. Noland
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: rsc13          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
```
db/jdb         +Steven J. Noland, Sr.,    Linda J. Noland,    600 Portage Road,    Cresson, PA 16630-1502
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
14983592      ++1ST SUMMIT BANK,    PO BOX 5480,   JOHNSTOWN PA 15904-5480
               (address filed with court: 1st Summit Bank,    Attn: Collection Dept.,    P.O. Box 5480,
                 125 Donald Lane,    Johnstown, PA 15904)
14983594       +Cambria County Property Tax,    200 South Center Street,    Ebensburg, PA 15931-1941
15004742       +Cambria County Tax Claim Bureau,    200 South Center Street,    Ebensburg, PA  15931,
                 ( 15931-1941
15011242        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14983597        Chase Bank,    PO Box 15298,   Wilmington, DE 19850-5298
15018681       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14983602       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
14997881        Geisinger,    100 North Academy Ave,    Danville, PA 17822-3941
14983603       +Hud Title I,    Hud Title I - Bankruptcy Notice,    451 7th Street Sw,
                 Washington, DC 20410-0002
14997883       +UPMC Altoona,    Receivables Outsourcing, LLC,    PO Box 549,    Timonium MD 21094-0549
15010613        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14983614       +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
14997882       +iCare Medical, LLC,    167 Zeman Dr,    Ebensburg PA 15931-4103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:17:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14983593       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 26 2019 02:17:27
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
15025491       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 26 2019 02:17:27
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14983596       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 26 2019 02:21:08      Capital One,
                 Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,    Salt Lake City, UT 84130-0258
14983595       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 26 2019 02:21:57      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14998471        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 26 2019 02:21:08
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
14983598       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 26 2019 02:16:57      Comenity Bank/Blair,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
14983599       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 26 2019 02:16:57      Comenity Bank/fllbeauty,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14986776        E-mail/Text: mrdiscen@discover.com Apr 26 2019 02:16:48      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14983600       +E-mail/Text: mrdiscen@discover.com Apr 26 2019 02:16:48      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
14983601       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 26 2019 02:17:30      Fingerhut,
                 Attn: Bankruptcy,    PO Box 1250,    Saint Cloud, MN 56395-1250
14983604        E-mail/Text: cio.bncmail@irs.gov Apr 26 2019 02:16:54      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14997468        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 26 2019 02:17:22      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14983605        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 26 2019 02:17:22      Jefferson Capital Systems, LLC,
                 PO Box 1999,    Saint Cloud, MN 56302
14983606       +E-mail/Text: bncnotices@becket-lee.com Apr 26 2019 02:16:52      Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI 53201-3120
15024836        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2019 02:21:13      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15003389       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 26 2019 02:17:13      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14983607       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 26 2019 02:17:13      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14996815        E-mail/PDF: cbp@onemainfinancial.com Apr 26 2019 02:21:53      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14983608       +E-mail/PDF: cbp@onemainfinancial.com Apr 26 2019 02:21:30      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14983612        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:21:59
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
15022796        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:21:12
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-7          User: aala                 Page 2 of 2                   Date Rcvd: Apr 25, 2019
                              Form ID: rsc13             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14983958       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:21:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14983610       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:17:05
                 Pennsylvania Department of Revenue,    Bankruptcy/Collection Unit,
                 10th Floor Strawberry Square,    4th & Walnut Streets,    Harrisburg, PA 17128-0001
14983609        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:17:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14996085        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2019 02:21:13
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14983611       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:22:00
                 Portfolio Recovery Associates, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15020126        E-mail/Text: bnc-quantum@quantum3group.com Apr 26 2019 02:17:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
15020125        E-mail/Text: bnc-quantum@quantum3group.com Apr 26 2019 02:17:00
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
14983613       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:21:55        Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14997884       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 26 2019 02:17:31       UPMC,   2 Hot Metal Street,
                 Dist. Room 386,    Pittsburgh PA 15203-2348
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14989959*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor   Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Joint Debtor Linda J. Noland mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Debtor Steven J. Noland, Sr. mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```