IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Steven J. Noland, Sr.<br>Linda J. Noland<br>            Debtor(s) | Bankruptcy No.  19-70033-JAD<br><br>Chapter 13<br><br>Document No. |
| Steven J. Noland, Sr.<br>Linda J. Noland<br>             Movant<br><br>    v.<br><br>Ronda J. Winnecour, Trustee<br>             Respondent(s) | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Mark G. Moynihan, Esquire</u>, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

| | |
|---|---|
| MASSEYS Credit Dept.<br>1251 1st Avenue<br>Chippewa Falls, WI 54729 | STONEBERRY Credit Dept.<br>1356 Williams Street<br>Chippewa Falls, WI 54729 |
| K. JORDAN Credit Dept.<br>913 1st Avenue<br>Chippewa Falls, WI 54729 | Ginny's® Credit<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| Amerimark<br>6864 Engle Road<br>Middleburg Hts., OH 44130 | Miles Kimball Company<br>250 City Center<br>Oshkosh, WI 54906 |

Respectfully submitted,

Date: <u>June 20, 2019</u>

<u>/s/ Mark G. Moynihan</u>
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone:  (412) 889-8535
Fax:  (800) 997-8192
Email: mark@moynihanlaw.net

**PAWB Local Form 30 (07/13)**