IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Steven J. Noland, Sr.<br>Linda J. Noland<br>        Debtor(s)<br><br>Steven J. Noland, Sr.<br>Linda J. Noland<br>        Movant<br><br>    v.<br><br>MASSEYS Credit Dept.<br>K. JORDAN Credit Dept.<br>Amerimark<br>STONEBERRY Credit Dept.<br>Ginny's Credit<br>Miles Kimball Company<br>Ronda J. Winnecour, Trustee<br>        Respondent(s) | Bankruptcy No.  19-70033-JAD<br><br>Chapter 13<br><br>Related to Document No. 41, 39, 22 |

**CERTIFICATE OF SERVICE OF ORDER DATED JUNE 21, 2019 [Doc 41],
AMENDMENTS TO SCHEDULE F [Doc 39] AND
341 MEETING OF CREDITORS NOTICE [Doc 22]**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on **June 24, 2019**.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Executed on: <u>June 24, 2019</u> | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>2 Chatham Center, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |

**Service by NEF**

Anthony T. Kovalchick on behalf of Creditor Dep't of Revenue Office of Attorney General
akovalchick@attorneygeneral.gov

Mark G. Moynihan on behalf of Debtor Steven J. Noland, Sr.
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Linda J. Noland
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| 1ST SUMMIT BANK<br>PO BOX 5480<br>JOHNSTOWN PA 15904-5480 | Amerimark<br>6864 Engle Road<br>Middleburg Hts., OH 44130-7910 | Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1873 |
| Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1837 | Cambria County Property Tax<br>200 South Center Street<br>Ebensburg, PA 15931-1941 | Cambria County Tax Claim Bureau<br>200 South Center Street<br>Ebensburg, PA 15931<br>( 15931-1941 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Capital One Retail Srvs/Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |

| | | |
|---|---|---|
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Comenity Bank<br>Attn:  Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Fingerhut<br>Attn: Bankruptcy<br>PO Box 1250<br>Saint Cloud, MN 56395-1250 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 | Geisinger<br>100 North Academy Ave<br>Danville, PA 17822-3941 |
| Ginny's Credit<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | HUD<br>52 Corporate Circle<br>Albany, NY 12203-5166 | Hud Title I<br>Hud Title I - Bankruptcy Notice<br>451 7th Street Sw<br>Washington, DC 20410-0002 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>PO Box 1999<br>Saint Cloud, MN 56302 |
| K. JORDAN Credit Dept.<br>913 1st Avenue<br>Chippewa Falls, WI 54729-1402 | Kohls/Capital One<br>Kohls Credit<br>PO Box 3120<br>Milwaukee, WI 53201-3120 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MASSEYS Credit Dept.<br>1251 1st Avenue<br>Chippewa Falls, WI 54729-1691 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding, LLC<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 |
| Miles Kimball Company<br>250 City Center<br>Oshkosh, WI 54906-0001 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

Case 19-70033-JAD    Doc 42    Filed 06/24/19    Entered 06/24/19 18:03:12    Desc Main
Document      Page 4 of 4

| | | |
|---|---|---|
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 |
| Pennsylvania Department of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | STONEBERRY Credit Dept.<br>1356 Williams Street<br>Chippewa Falls, WI 54729-1500 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| UPMC<br>2 Hot Metal Street<br>Dist. Room 386<br>Pittsburgh PA 15203-2348 | UPMC Altoona<br>Receivables Outsourcing, LLC<br>PO Box 549<br>Timonium MD 21094-0549 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | iCare Medical, LLC<br>167 Zeman Dr<br>Ebensburg PA 15931-4103 | Dep't of Revenue Office of Attorney Gen<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222-4227 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Steven J. Noland Sr.<br>Linda J. Noland<br>600 Portage Road<br>Cresson, PA 16630-1502 | |