IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy No.  19-70033-JAD
Steven J. Noland Sr.
Linda J. Noland
          Debtor(s)                             Chapter 13


Steven J. Noland Sr.                            Related to Document No. 47, 48
Linda J. Noland
          Movant(s)

                                                Related to Claim:     20
          v.
                                                Hearing Date: August 23, 2019 at 11:00AM

LVNV Funding, LLC
Ronda J. Winnecour, Trustee
          Respondent(s)


**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **July 3, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objections were to be filed and served no later than **July 20, 2019**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

                                                MOYNIHAN LAW, P.C.


Dated: July 24, 2019                            /s/ Mark G. Moynihan
                                                Mark G. Moynihan, Esquire
                                                Attorney for Debtor(s)
                                                PA 307622
                                                2 Chatham Center, Suite 230
                                                Pittsburgh, PA 15219
                                                Phone:  (412) 889-8535
                                                Fax:  (800) 997-8192
                                                Email: mark@moynihanlaw.net