IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Steven J. Noland Sr.<br>Linda J. Noland<br>　　　Debtor(s) | Bankruptcy No. 19-70033-JAD<br><br>Chapter 13 |
| Steven J. Noland Sr.<br>Linda J. Noland<br>　　　Movant(s)<br><br>v.<br><br>PRA Receivables Management, LLC., as<br>agent of Portfolio Recovery Associates, LLC<br>Ronda J. Winnecour, Trustee<br>　　　Respondent(s) | Related to Document No. 51, 52<br><br>Related to Claim:　4<br><br>Hearing Date: August 23, 2019 at 11:00AM |

**CERTIFICATION OF NO OBJECTION REGARDING**
**OBJECTION TO PROOF OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **July 3, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objections were to be filed and served no later than **July 20, 2019**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　　MOYNIHAN LAW, P.C.

Dated: July 24, 2019　　　　　　　　　　　　　/s/ Mark G. Moynihan
　　　　　　　　　　　　　　　　　　　　　　　Mark G. Moynihan, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　PA 307622
　　　　　　　　　　　　　　　　　　　　　　　2 Chatham Center, Suite 230
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 889-8535
　　　　　　　　　　　　　　　　　　　　　　　Fax: (800) 997-8192
　　　　　　　　　　　　　　　　　　　　　　　Email: mark@moynihanlaw.net