IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

In re:  
Steven J. Noland Sr.  
Linda J. Noland  
    Debtor(s)

Bankruptcy No.  19-70033-JAD

Chapter 13

Steven J. Noland Sr.  
Linda J. Noland  
    Movant(s)

Related to Doc. No. 47

v.

Related to Claim:   20

LVNV Funding, LLC  
Ronda J. Winnecour, Trustee  
    Respondent(s)

**ORDER OF COURT**

AND NOW, this  26th , day of   July  , 2019, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. The claim filed by LVNV Funding, LLC, being Claim 20, is DISALLOWED; and

2. LVNV Funding, LLC shall not file an amended, modified or substitute claim in this case.

BY THE COURT

_____  
Jeffery A. Deller  
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:  
    Mark G. Moynihan, Esquire  
    LVNV Funding, LLC  
    Ronda J. Winnecour, Esquire

FILED  
7/26/19 3:20 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-70033-JAD
Steven J. Noland, Sr.                                                       Chapter 13
Linda J. Noland
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Jul 26, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15024836       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2019 02:43:08      LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
               akovalchick@attorneygeneral.gov
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Joint Debtor Linda J. Noland mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Mark G. Moynihan    on behalf of Debtor Steven J. Noland, Sr. mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 6