IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

In re:  
Steven J. Noland Sr.  
Linda J. Noland  
    Debtor(s)

Steven J. Noland Sr.  
Linda J. Noland  
    Movant(s)

v.

Pinnacle Credit Services, LLC  
Ronda J. Winnecour, Trustee  
    Respondent(s)

Bankruptcy No. 19-70033-JAD

Chapter 13

Related to Doc. No. 49

Related to Claim: 3

## ORDER OF COURT

AND NOW, this 24th, day of Jul, 2019, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. The claim filed by Pinnacle Credit Services, LLC, being Claim 3, is DISALLOWED; and

2. Pinnacle Credit Services, LLC shall not file an amended, modified or substitute claim in this case.

BY THE COURT

_____  
Jeffery A. Deller  
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:  
Mark G. Moynihan, Esquire  
Pinnacle Credit Services, LLC  
Ronda J. Winnecour, Esquire

FILED  
7/26/19 3:25 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven J. Noland, Sr.  
Linda J. Noland  
    Debtors

Case No. 19-70033-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: aala    Page 1 of 1    Date Rcvd: Jul 26, 2019  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14996085    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2019 02:41:57  
    Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,  
    Greenville, SC 29603-0587  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
    Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue   Office of Attorney General  akovalchick@attorneygeneral.gov  
    James Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
    Mark G. Moynihan   on behalf of Joint Debtor Linda J. Noland mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
    Mark G. Moynihan   on behalf of Debtor Steven J. Noland, Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
    TOTAL: 6