IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# DEFAULT O/E JAD

In re:  
Steven J. Noland Sr.  
Linda J. Noland  
    Debtor(s)

Steven J. Noland Sr.  
Linda J. Noland  
    Movant(s)

v.

PRA Receivables Management, LLC., as  
agent of Portfolio Recovery Associates, LLC  
Ronda J. Winnecour, Trustee  
    Respondent(s)

Bankruptcy No. 19-70033-JAD

Chapter 13

Related to Doc. No. 52

Related to Claim: 4

## ORDER OF COURT

AND NOW, this __26th__, day of __Jul_____, 2019, upon consideration of the Objection to Proof of Claim and Transfer of Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. The transfer of claim other than for security at Document Number 35 claim filed by PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC, is DISALLOWED;

2. The proof of claim at Claim 4 is DISALLOWED; and

3. PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC shall not file an amended, modified or substitute claim in this case.

BY THE COURT

_____  
Jeffery A. Deller  
United States Bankruptcy Judge

FILED  
7/26/19 3:31 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

**CASE ADMINISTRATOR SHALL SERVE:**  
Mark G. Moynihan, Esquire  
PRA Receivables Management  
Ronda J. Winnecour, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven J. Noland, Sr.  
Linda J. Noland  
     Debtors

Case No. 19-70033-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Jul 26, 2019  
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 02:41:54  
        PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067  
cr        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 02:42:26  
        PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov  
         James  Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
         Mark G. Moynihan    on behalf of Joint Debtor Linda J. Noland mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan    on behalf of Debtor Steven J. Noland, Sr. mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                         TOTAL: 6