# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |
|---|---|---|
| **Debtor:** | STEVEN J. & LINDA J. NOLAND | |
| **Case Number:** | 19-70033-JAD | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 08, 2019 11:30 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
8/12/19 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#17 - Final Confirmation of Plan Dated  2/21/2019 (NFC)
**R / M #:**  17 / 0

### Appearances:

Debtor:  Moynihan
Trustee:  Winnecour  /  Pail  /  Katz  /  (DeSimone)

Creteitor:  Kamlchick : Pa Revenue

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __11-7-19__ at __10:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ___✓___ Other:

Continuing for 2015 Pa tax return.

7/31/2019   1:12:55PM