# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEVEN J. NOLAND, SR.                           Case No. 19-70033JAD
LINDA J. NOLAND

         Debtor(s)
RONDA J. WINNECOUR,                             Chapter 13
Standing Chapter 13 Trustee,

         Movant                           Document No __
    vs.
CAMBRIA COUNTY TAX CLAIM BUR

         Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has informed the Trustee that the creditor is not owed anything on a claim.  No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

CAMBRIA COUNTY TAX CLAIM BUR          Court claim# 10/Trustee CID# 6
CAMBRIA COUNTY COURTHOUSE
200 S CENTER ST
EBENSBURG, PA 15931


The Movant further certifies that on 08/06/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
STEVEN J. NOLAND, SR., LINDA J. NOLAND, 600 PORTAGE ROAD, CRESSON, PA  16630

ORIGINAL CREDITOR:
CAMBRIA COUNTY TAX CLAIM BUR, CAMBRIA COUNTY COURTHOUSE, 200 S CENTER ST, EBENSBURG, PA 15931

NEW CREDITOR:

DEBTOR'S COUNSEL:
MARK G MOYNIHAN ESQ, MOYNIHAN LAW PC, 112 WASHINGTON PL STE 230, PITTSBURGH, PA  15219