IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>STEVEN J. NOLAND SR.<br>LINDA J. NOLAND<br>    Debtor | Bankruptcy No. 19-70033-JAD<br><br>Chapter 13 |
| STEVEN J. NOLAND SR.<br>LINDA J. NOLAND<br>    Movant<br><br>    v.<br><br>COMMUNITY LOAN SERVICING, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Doc. No.<br><br>Related to Claim 21 |

**DECLARATION OF PLAN SUFFICIENCY**
**FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)**

1.  On January 8, 2021, Community Loan Servicing, LLC filed a Notice of Mortgage Payment Change indicating that the new total payment was $211.04 and it appears that the confirmed plan is sufficient to pay the mortgage payment.

2.  Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

    Name of creditor: Community Loan Servicing, LLC

    Court claim number: 21

|  |  |
|---|---|
|  | MOYNIHAN LAW PC |
| Dated: February 2, 2021 | By:  /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>PA 307622<br>2 Chatham Center, Suite 230<br>Pittsburgh, PA 15219<br>Phone: (412) 889-8535<br>Fax: (800) 997-8192<br>Email: mark@moynihanlaw.net<br><br>Attorney for Debtor(s) |