UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 19-70033-jad |
| Steven J. Noland, Sr. and | : | |
| Linda J. Noland, | : | |
|     Debtors | : | Chapter 13 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Shawn N. Wright, Esquire, hereby appears in the above-captioned case on behalf of Debtors above, pursuant to Section 1109(b) of the Bankruptcy Code and requests that copies of all notices and pleadings given or filed in this case be given and served upon the following person:

> Shawn N. Wright, Esquire
> 7240 McKnight Road
> Pittsburgh, PA 15237
> (412) 920-6565
> Fax: (412) 226-5216

Dated: January 18, 2022

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Supreme Court ID 64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com