**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/30/2023

IN RE:

| | |
|---|---|
| STEVEN J. NOLAND, SR.<br>LINDA J. NOLAND<br>600 PORTAGE ROAD<br>CRESSON, PA 16630<br>XXX-XX-8417          Debtor(s)<br><br>XXX-XX-2745 | Case No.19-70033 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/30/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 2163 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BAYVIEW LN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMONWEALTH OF PENNSYLVANIA\*\***<br>OFC OF THE ATTORNEY GENERAL (PA REV NTC<br>1251 WATERFRONT PL<br>MEZZANINE LEVEL<br>PITTSBURGH, PA  15222 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PA DEPT OF REV/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:4   INT %: 6.00%<br>Court Claim Number:2<br>CLAIM:  12,048.02<br>COMMENT:  $@%/CL-PL*206408417*NO YRS/SCH*2009*STAT ISSUE | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 8417 |
| **NATIONSTAR MORTGAGE LLC\*\***<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:5   INT %: 3.50%<br>Court Claim Number:21<br>CLAIM:  2,731.38<br>COMMENT:  $/CL-PL@3.5%MDF~2b506/PL*TTL DEBT CL*FR BAYVIEW-DOC 69*FR CMNTY LN*DO | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4260 |
| **CAMBRIA COUNTY TAX CLAIM BUREAU\***<br>CAMBRIA COUNTY COURTHOUSE<br>200 S CENTER ST<br>EBENSBURG, PA  15931 | Trustee Claim Number:6   INT %: 9.00%<br>Court Claim Number:10<br>CLAIM:  81.96<br>COMMENT:  PIF/CONF*$2185.43@%/CL-PL*NO YRS/SCH*16-18/CL*STAT ISSUE*PIF THRU 2019/0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0530 |
| **PERITUS PORTFOLIO SERVICES\***<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  9,192.10<br>COMMENT:  $CL-PL@0%MDF/PL~2b506*FR FNB*DOC 72 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 2977 |
| **US DEPARTMENT OF HUD\*\***<br>HUD TITLE 1 NOTES\*\*<br>PO BOX 6200-02<br>PORTLAND, OR  97228 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:23<br>CLAIM:  4,031.07<br>COMMENT:  8417/780795172*$CL-PL@0%MDF~2b506/PL*ALL ARRS*1%/FACE | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8417/780795172 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:9-3<br>CLAIM:  0.00<br>COMMENT:  NO$~NO YRS~NTC ONLY/SCH*2018*NT PROV/PL*AMD CL =$0 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2745 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  5,303.17<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4577 |

| Creditor | Trustee Claim / Court Claim / INT % | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 0.00<br>COMMENT: FR ONEMAIN-DOC 35*DISALLOWED/DOE~CL=8924.62*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4924 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 212.19<br>COMMENT: REF 3374693946*X6003/SCH*FINGERHUT*BLUESTEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2542 |
| **1ST SUMMIT BANK(*)**<br>ATTN: COLLECTIONS<br>POB 5480*<br>JOHNSTOWN, PA 15904 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 1,483.09<br>COMMENT: JDGMNT*2019-00567*WNTS 13.49% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5090 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 434.15<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4084 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 110.66<br>COMMENT: CAP ONE*DRESS BARN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0979 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 1,317.46<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6558 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 556.95<br>COMMENT: BLAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6255 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 324.07<br>COMMENT: BRYLANE HOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2450 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3683 |
| **GEISINGER HEALTH SYSTEM**<br>100 N ACADEMY AVE<br>DANVILLE, PA 17822-4938 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9331 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **ICARE MEDICAL LLC**<br>100 SUSAN DR<br><br>JOHNSTOWN, PA 15905 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: T001 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 233.91<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0421 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 941.91<br>COMMENT: X2099/SCH\*CREDIT ONE BANK\*SHERMAN ORIG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9121 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 432.96<br>COMMENT: NUM NT SCH\*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2033 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 2,287.44<br>COMMENT: SYNCHRONY\*WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0894 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br><br>PITTSBURGH, PA 15203 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1582 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:11-2<br><br>CLAIM: 666.00<br>COMMENT: X8206/SCH\*ALTOONA\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8417 |
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br><br>SAN ANTONIO, TX 78288-0596 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8753 |
| **VAN ZANDT MEDICAL CENTER**<br>2907 PLEASANT VALLEY BLVD<br><br>ALTOONA, PA 16602 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 0.00<br>COMMENT: NT/SCH\*CAP ONE\*DISALLOWED/DOE~CL=602.12\*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4039 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6593 | CLAIM: 447.55<br>COMMENT: CAP ONE |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7638 | CLAIM: 0.00<br>COMMENT: NT/SCH*CITIBANK*DISALLOWED/DOE*CL=925.67*DKT |
| **AMERIMARK**<br>6864 ENGLE RD<br><br>MIDDLEBURG HGTS, OH 44130 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4704 | CLAIM: 0.00<br>COMMENT: /SCH F 6/20/19 |
| **GINNYS**<br>1112 7TH AVE<br><br>MONROE, WI 53566 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5630 | CLAIM: 0.00<br>COMMENT: /AMD SCH F 6/20/19 |
| **K JORDAN**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 52B2 | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 6-20-19*NT ADR/SCH |
| **MASSEYS SHOES**<br>1251 FIRST AVE<br><br>CHIPPEWA FALLS, WI 54774 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 52A2 | CLAIM: 0.00<br>COMMENT: ADDED/AMD F  6/20/19 |
| **MILES KIMBALL**<br>250 CITY CNTR<br><br>OSHKOSH, WI 54906 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3407 | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 6/24/19 |
| **STONEBERRY**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 52C2 | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 6/20/19*NT ADR/SCH |
| **NATIONSTAR MORTGAGE LLC\***<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4260 | CLAIM: 302.39<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*8/3/21 SD TAX ADVNC*FR CMNTY LN*DC |
| **NATIONSTAR MORTGAGE LLC\***<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4260 | CLAIM: 334.93<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*8/20/21 TAX ADV*FR CMNTY LN*DOC 95 |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC**\*\* | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O RIGHTPATH SERVICING | Court Claim Number:21 | ACCOUNT NO.:  4260 |
| PO BOX 619094 | | |
| | CLAIM:  279.65 | |
| DALLAS, TX  75261-9741 | COMMENT:  PAY/DECL\*NT/PL\*SUPP NTC-POSTPET FEE/EXP\* TOWN TAX 4/26/22\*FR CMNTY LN | |
| | | |
| **KML LAW GROUP PC**\* | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR MORT/PRAE | |