# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Linda J. Noland aka Linda Jean Noland<br>Steven J. Noland aka Steven James Noland, Sr. aka Steven Noland, Sr.<br>Debtor(s) | **BK NO. 19-70033 JAD**<br><br>Chapter 13<br><br>Related to Claim No. 21 |
| **COMMUNITY LOAN SERVICING, LLC**<br>Movant<br>vs.<br><br>Linda J. Noland aka Linda Jean Noland<br>Steven J. Noland aka Steven James Noland, Sr. aka Steven Noland, Sr.<br>Debtor(s)<br><br>Ronda J. Winnecour,<br>Trustee | |

## CERTIFICATE OF SERVICE OF
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 13, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Linda J. Noland aka Linda Jean Noland
600 Portage Road
Cresson, PA 16630

Steven J. Noland aka Steven James Noland, Sr.
aka Steven Noland, Sr.
600 Portage Road
Cresson, PA 16630

Attorney for Debtor(s)
Mark G. Moynihan, Moynihan Law, P.C.
112 Washington Pl Ste 230
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: August 13, 2021

**/s/ Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite
5000 Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com